# Order

March 10, 2015

150846(146)(148)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

DTE ELECTRIC COMPANY, a/k/a DETROIT
EDISON COMPANY,
          Plaintiff-Appellee,

v

JOSEPH CONSTANT,
          Defendant-Appellant.

_____/

SC: 150846
COA: 317976
Oakland CC: 2013-132055-CH

On order of the Chief Justice, the motions of defendant-appellant for permission to electronically file Exhibits 98-188 and Exhibit 200 to his amended application for leave to appeal are GRANTED. The exhibits that were electronically submitted on March 3, 2015, and March 9, 2015, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2015

